# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **EKABAL PAUL BUSARA**<br>**REG. # 40683-050** | **DOCKET NO. 21-CV-04055**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **USA, ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against Rodney Myers and "Unknown Defendants" under the FTCA be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 22nd day of April, 2022.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**